[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

**FILED**
DEC - 7 2020
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Dontareous Salley

(Enter above the full name of the plaintiff or plaintiffs in this action)

SGT. Angelita Hanson  vs.

~~[scribbled out]~~
~~[scribbled out]~~ Kim Larson - Head Warden
~~[scribbled out]~~ Assistant Warden of Operations
~~[scribbled out]~~ Lt Campbell Internal Affairs
~~[scribbled out]~~
~~[scribbled out]~~

(Enter above the full name of ALL defendants in this action. Do not use "et al.")

Case No: _____
(To be supplied by the Clerk of this Court)

**CHECK ONE ONLY:**

✓  COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code (state, county, or municipal defendants)

____  COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code (federal defendants)

____  OTHER (cite statute, if known)

BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I.  **Plaintiff(s):**

   A. Name: Dontaneus Sally

   B. List all aliases: N/A

   C. Prisoner identification number: R69912

   D. Place of present confinement: ~~[scribbled out]~~ Danville C.C

   E. Address: ~~[scribbled out]~~ 3820 East Main St, Danville IL, 61834

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II.  **Defendant(s):**
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

   A. Defendant: Angelita Hanson

   Title: Sgt Officer

   Place of Employment: Danville Correctional Center

   B. Defendant: Kim Larson

   Title: Head Warden of facility

   Place of Employment: Danville Correctional Center

   C. Defendant: _____

   Title: _____

   Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

    A. Name of case and docket number: _____

    B. Approximate date of filing lawsuit: _____

    C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____

    D. List all defendants: _____

    E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____

    F. Name of judge to whom case was assigned: _____

    G. Basic claim made: _____

    H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____

    I. Approximate date of disposition: _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

IV.   Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On 2/18/20 at Approx 8:50 A.M i Was Asking C/o Sgt Hanson for a Word With the R-1-Housing Unit Counslor While im asking for this Request Sgt Hanson Asks To See my eye glasses (ie) to hold them I asked Why? Sgt Hanson said because she likes the brand Ray ban I Let her Hold my glasses this is When she Walks Away & Place's them inside the Core office Room. I asked then Why did she Just take my glasses she told me that they Were Contraband I told her that I had just transferred to this facility (ie) Danville CC 7 days Pior (ie) 2-11-20 from Pickneyville CC & I transferred with these glasses Ray ban frames. I given An Disciplinary Report for Having my glasses the Charges Were 308 Contraband or Unauthorized Property on 2/21/20 I Was Summons to A hearing board Where I produced Multiple Records showing I had the Ray ban glasses before transferring to Danville CC. this ticket Was Expunged Deeming my glasses Not Contraband. I then Wrote to Retrive my Property back & i Was told by Internal Affairs Lt Campbell that I Wouldnt be Recieving them No matter

4

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

what happened I was told to just suck it up I was also told by this Lt Campbell of Internal Affairs official that he Runs the facility & due to Me filing a grievance on him that he would keep my glasses. I ask to speak to the warden Kim Larson he told me I could & he went to go get her but she was Not in. So I send her a Carbon Copy of the grievance I filed on this situation & she called me to Internal Affairs & told that she looked me up & seen that I like to cause the administration Trouble & that she would go along with whatever L.T. Campbell suggest I asked her what about me being found not guilty on my hearing for my Rayban glasses being Contraband then I should be getting my glasses back because the ticket that Sgt Hanson wrote she stated that my glasses were being taken because they weren't prescription then once at the hearing im found Not guilty & still my Property Not Returned Kim Larson told me that she didn't care & that she doesn't Like grievance writers & that if I keep it up i'll have a hard stay at danville CC Lt Campbell then walked in & told me the only way i'll be ok is if I work for him(ie) being an informant. Sgt Hanson After this grievance I filed on her began to Harass Me & Retaliate against me by not Allowing me out my cell for day Room & she Put other officers on Notice of me filing A grievance on hers & now i've been getting Retaliated on since I've been met with with Racial slurs such as terrrost due to me being A muslim & i've been targeted by multiple officers

Revised 9 2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

V.  Relief:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I seek 20,000$ Compensatory & 25,000$ Punitive damages I seek Plaintiff seeks these damages against each defendant, Jointly & Severally Plaintiff seeks a Jury tried on all issues triable by Jury Plaintiff also seeks Recovery of Cost in this suit & Any Additional relief this Court deems Just, Proper & Equitable. Also Plaintiffs seeks injunctive relief as long as the Court to order these defendant Kim Larsen to return Plaintiff's Ray ban glasses due to be not guilty

VI.  The plaintiff demands that the case be tried by a jury. ☒ YES ☐ NO

### CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this Nov day of 30, 2020

_____
(Signature of plaintiff or plaintiffs)

Dontaneous Salley
(Print name)

R-69912
(I.D. Number)

3820 East Main Street
Danville IL 61834
(Address)